**UNTIED STATES of America,**
**Plaintiff–Appellee,**

v.

**Sergio GARCIA, Defendant–Appellant.**

No. 05–10471.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided April 12, 2006.

Susan B. Cowger, Daniel D. Guess, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Victor Amador, Law Offices of Victor Amador, Dallas, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Sergio Garcia has filed a motion to withdraw and a brief pursuant to *Anders v. California,* 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Garcia has not filed a response.

Our independent review of counsel's brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the AP-PEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.